THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE ZARCONE, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.